# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOH, M.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and THE UNITED STATES AIR FORCE.<br><br>　　　　Defendants | CASE NO.  1:14-cv-00315-LJO-SKO<br><br>**STUIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER THEREON** |

　　　　Plaintiff served his Complaint in this matter on April 9, 2014.  Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading is due on June 9, 2014.  The parties have identified the potential for settlement, and hope to pursue that course of action.  Therefore, Plaintiff and Defendant, by and through their respective counsel, and pursuant to Local Rule 144(a), hereby stipulate and agree that Defendant shall have an extension of 21 days, up to and including June 30, 2014, within which to respond to Plaintiff's Complaint [Dkt. No. 1].

　　　　In light of this potential for resolution, the potential for an amended complaint, and the fact that Defendant will likely file a Rule 12 motion if the case does not resolve or if the Complaint is not amended, the parties also agree to continue the mandatory scheduling conference, currently set for June 17, 2014, to August 19, 2014.  This should give the parties time to either resolve the case, or to have the anticipated Rule 12 motions heard and decided, thus permitting a more meaningful Joint Status Report from the parties, and scheduling conference with the Court.

Respectfully submitted,

DATED: June 2, 2014

By      /s/ Nicholas Jurkowitz
Nicholas Jurkowitz
Attorney for Plaintiff

DATED: June 2, 2014

BENJAMIN B. WAGNER
United States Attorney

By:    /s/ Gregory T. Broderick
GREGORY T. BRODERICK
Assistant United States Attorney

## **ORDER**

The parties having stipulated, and good cause appearing

IT IS HEREBY ORDERED that:

1. Defendants shall have up to and including June 30, 2014, to file a responsive pleading or motion, and

2. The mandatory scheduling conference currently scheduled for June 17, 2014, at 9:45 a.m., is continued to August 26, 2014, at 10:00 a.m.[1]

IT IS SO ORDERED.

Dated:   **June 3, 2014**              /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

---

[1] Due to conflicts on the Court's calendar, the parties' requested date of August 19, 2014, was changed to August 26, 2014.

**Stipulation for Extension to Respond to Complaint; Order Thereon**                    2