**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT GOH, M.D., | CASE NO. 1:14-cv-00315-LJO-SKO |
| Plaintiff, | **SECOND STUIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and THE UNITED STATES AIR FORCE. | |
| Defendants | |

Plaintiff served his Complaint in this matter on April 9, 2014. Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading was originally due on June 9, 2014. Plaintiff and Defendants, by and through their respective counsel, and pursuant to Local Rule 144(a), stipulated and agreed that Defendant would have an extension of 21 days, up to and including June 30, 2014, within which to respond to Plaintiff's Complaint [Dkt. No. 1], for purposes of pursuing settlement options. The Court granted that request, and moved the scheduling conference to August 26, 2014, in that same order. [Dkt. No. 8]. Although settlement efforts were unsuccessful, Plaintiff and Defendants have identified the potential to narrow the claims and defenses in the case, and Plaintiff is considering an amendment to that effect. If the Complaint is not amended, Defendants will file a Rule 12 motion. To permit Plaintiff time to fully consider its position and determine whether to file an amended complaint, the parties agree to a further 14-day extension for Defendants' response to Plaintiff's Complaint, from June 30, 2014, to July 14, 2014.

**Second Stipulation for Extension to Respond to Complaint**  1

Respectfully submitted,

DATED:  June 30, 2014

By     */s/ Nicholas Jurkowitz*
Nicholas Jurkowitz
Attorney for Plaintiff

DATED:  June 30, 2014    BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

## ORDER

The parties having stipulated, and good cause appearing

IT IS HEREBY ORDERED that Defendants shall have up to and including July 14, 2014, to file a responsive pleading or motion.  Should Plaintiff file an amended complaint, the general provisions of Federal Rule of Civil Procedure 15(a)(3) shall control the date for the response.

IT IS SO ORDERED.

Dated:  **July 1, 2014**    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE