# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and THE UNITED STATES AIR FORCE. <br><br> Defendants | CASE NO.  1:14-cv-00315-LJO-SKO <br><br> **STIPULATION AND ORDER GRANTING THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

  Plaintiff served his Complaint in this matter on April 9, 2014.  Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading was originally due on June 9, 2014.  Pursuant to Local Rule 144(a), the parties stipulated and agreed that Defendant would have an extension of 21 days, up to and including June 30, 2014, within which to respond to Plaintiff's Complaint [Dkt. No. 1], for purposes of pursuing settlement options.  The Court granted that request, and moved the scheduling conference to August 26, 2014, in that same order.  [Dkt. No. 8.]  Although settlement efforts were unsuccessful, Plaintiff and Defendants identified the potential to narrow the claims and defenses in the case, and Plaintiff was considering an amendment or his Complaint.

  Thereafter, in order to permit Plaintiff time to fully consider his position and determine whether to file an amended complaint, the parties agreed to a further 14-day extension for Defendants' response to Plaintiff's Complaint, from June 30, 2014, to July 14, 2014.  That request was granted on July 2, 2014.  [Dkt. No. 10.].

  The parties have again met and conferred, and Plaintiff intends to file an Amended Complaint based on that meet and confer.  Thus, to avoid wasting the Court's and the parties'

resources on a responsive pleading to what will soon be a superseded complaint, the parties hereby stipulate that the United States' response to the amended Complaint would be due 14 days after it is filed.  Federal Rule of Civil Procedure 15(a)(3).

Respectfully submitted,

DATED:  July 17, 2014

By           */s/ Nicholas Jurkowitz*
   Nicholas Jurkowitz
   Attorney for Plaintiff

DATED:  July 17, 2014    BENJAMIN B. WAGNER
   United States Attorney

By:          */s/ Gregory T. Broderick*
   GREGORY T. BRODERICK
   Assistant United States Attorney

**ORDER**

Good cause appearing and in the interest of preserving the resources of the Court and the parties, the parties' request to extend the time for Defendants to file an Answer is GRANTED. However, the parties have not indicated by when Plaintiff will file an Amended Complaint, and the case cannot remain pending indefinitely.  *See In re Phenylpropanolamine (PPA) Products Liab. Litig.*, 460 F.3d 1217, 1227 (9th Cir. 2006) (District courts have inherent power to control their dockets.).

Accordingly, IT IS HEREBY ORDERED that:

(1) Plaintiff shall file an Amended Complaint within thirty (30) days of this Order, by August 18, 2014; and

(2) Defendants shall file an Answer or otherwise respond to Plaintiff's Amended Complaint by September 1, 2014, or fourteen (14) days from the date of the filing of the Amended Complaint, whichever is sooner, pursuant Federal Rule of Civil Procedure 15(a)(3).

IT IS SO ORDERED.

Dated:   **July 18, 2014**            **/s/ Sheila K. Oberto**
   UNITED STATES MAGISTRATE JUDGE

2