BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOH, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES AIR FORCE, et al..<br><br>    Defendants | CASE NO.  1:14-cv-00315-LJO-SKO<br><br>**STUIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INTIAL SCHEDULING CONFERENCE** |

Plaintiff served his Complaint in this matter on April 9, 2014.  Pursuant to Federal Rule of Civil Procedure 4(i), the United States' responsive pleading was originally due on June 9, 2014. Pursuant to Local Rule 144(a), the parties stipulated and agreed to extend the response date to pursue settlement, and again to permit Plaintiff to amend his Complaint.  The Court granted each such request, setting a response date for 14-days after Plaintiff amended his complaint.  [Dkt. Nos. 8, 10, & 12].  The Court also continued the scheduling conference to August 26, 2014 with a joint status report due seven days prior.  [Dkt. No. 8.]  Plaintiff amended his Complaint on August 14, 2014, but added two individual defendants sued in their official capacities.  Under Rule 4(i), their responses would be due 60-days from service of process; by contrast, the agency-defendants' responses would be due August 28 under the Court's order.  [Dkt. No. 12].

All claims in this matter revolve around a common set of facts and circumstances, and both the agency and individual defendants' defenses will be similar.  Thus, it would be inefficient to have the agency defendants respond on one date and the individual defendants respond weeks later.  Thus,

**Stipulation for Extension to Respond to Complaint and Continue Scheduling Conference.**                                                                 1

the parties hereby stipulate that all Defendants shall respond on or before September 12, 2014, at which time Defendants anticipate filing a motion to dismiss.

In light of the above, the parties also stipulate to continue the initial scheduling conference. In Defendants' view, this is a record case under the Administrative Procedure Act ("APA") which should involve no discovery, and simply a review to determine whether the Air Force's final action was arbitrary and capricious or otherwise not in accordance with the law.  Plaintiff has chosen to file other actions, however, naming the Veterans' Administration as a defendant, and attempting to state claims under the Constitution against individual federal officers and employees.  Thus, it will be difficult to determine the appropriate schedule for the case until after the motion to dismiss is decided.  If all that is left is an APA claim, then the parties can proceed to assemble and lodge the record, and brief the merits.  If other claims remain, however, discovery might be appropriate (or necessary) to determine issues such as qualified immunity.  Therefore, the parties stipulate to continue the status conference to a date after the Court issues the order on the forthcoming motion to dismiss.

Respectfully submitted,

DATED:  August 18, 2014

By: */s/ Nicholas Jurkowitz (auth. 08/18/2014)*
Nicholas Jurkowitz
Attorney for Plaintiff

DATED:  August 18, 2014                    BENJAMIN B. WAGNER
United States Attorney

By: */s/ Gregory T. Broderick (auth. 08/18/2014)*
GREGORY T. BRODERICK
Assistant United States Attorney

**Stipulation for Extension to Respond to Complaint and Continue Scheduling Conference.**          2

## ORDER

The parties having stipulated, and good cause appearing IT IS HEREBY ORDERED that:

1. Defendants' response to Plaintiff's Complaint shall be due on or before September 12, 2014;

2. The initial scheduling conference is CONTINUED to **December 9, 2014, at 10:30 a.m.** and will be reset if necessary to the extent any motion to dismiss remains pending at that time; and

3. The parties' joint scheduling report shall be filed by no later than **December 2, 2014**.

IT IS SO ORDERED.

Dated: **August 20, 2014**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

**Stipulation for Extension to Respond to Complaint and Continue Scheduling Conference.**          3