BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES AIR FORCE; DEBORAH LEE JAMES, in her official capacity as SECRETARY OF THE AIR FORCE; and DOES 1-25, <br><br> Defendants | CASE NO.  1:14-cv-00315-LJO-SKO <br><br> **STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

    Plaintiff served its Complaint in this matter on April 9, 2014, and filed a First Amended Complaint on August 14, 2014.  (Dkt. No. 13).  Defendants filed a motion to dismiss three of the four claims in the First Amended Complaint, and the Court granted the motion on October 9, 2014, dismissing those claims with prejudice.  (Dkt. No. 22).  Plaintiff filed a Second Amended Complaint on October 22, 2014, to eliminate the now-dismissed claims and parties (Dkt. No. 23), which the Court struck on October 24, 2014, because it was filed without a stipulation or leave from the Court.  (Dkt. No. 24).

    The parties believe it would be more efficient to have an operative complaint that lists only the remaining claims and parties as well as the facts relevant to those claims and parties, and therefore stipulate that Plaintiff be permitted to re-file the Second Amended Complaint (previously filed October 22, 2014).  *See* Fed. R. Civ. P. 15(a)(2).  The parties further stipulate that such Second Amended Complaint shall be filed on or before November 7, 2014, and that any responsive pleading be filed on or before November 21, 2014.  *See* Fed. R. Civ. P. 15(a)(3).

Respectfully submitted,

DATED:  October 31, 2014

By     */s/ Nicholas Jurkowitzi* (auth 10/31/14)
       Nicholas Jurkowitz
       Attorney for Plaintiff

DATED:  October 31, 2014     BENJAMIN B. WAGNER
       United States Attorney

By:     */s/ Gregory T. Broderick*
       GREGORY T. BRODERICK
       Assistant United States Attorney

### **ORDER**

The parties having stipulated, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff shall re-file the October 22, 2014, Second Amended Complaint on or before November 7, 2014, and that Defendants' responsive pleading shall be due on or before November 21, 2014.

IT IS SO ORDERED.

Dated:  **November 5, 2014**     /s/ Lawrence J. O'Neill
       UNITED STATES DISTRICT JUDGE