# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GOH, M.D., | Case No. 1:14-cv-00315-LJO-SKO |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| DEPARTMENT OF THE AIR FORCE; DEBORAH LEE JAMES, Secretary, | |
| Defendants. | |

The Court conducted a telephonic scheduling conference on December 9, 2014. Counsel Alexandra De Rivera, Esq., appeared on behalf of Plaintiff. Counsel Gregory Broderick, Esq., appeared on behalf of Defendants. Pursuant to Fed. R. Civ. P. 16(b), this Court sets a schedule for this action.

**1.  Current Status of Consent to the Magistrate Judge Jurisdiction**

Pursuant to 28 U.S.C. § 636(c), the parties have not consented to conduct all further proceedings in this case, including trial, before the Honorable Sheila K. Oberto, U.S. Magistrate Judge.

**2.  Scheduling Deadlines**

This case involves judicial review of a final agency determination under the Administrative Procedures Act, 5 U.S.C. § 706. With respect to the administrative records and dispositive motions, the parties have agreed to the following dates and deadlines:

| Event | Date/Deadline |
|---|---|
| Plaintiff shall file any amendment to any pleadings | December 9, 2014 |
| Parties shall meet and confer regarding the contents of the Administrative Record prior to lodging it with the Court, and will eliminate all disputes as to the contents of the record | December 23, 2014 |
| Defendants shall produce to Plaintiff and lodge with the Court the final Administrative Record. | December 23, 2014 |
| Filing of Plaintiff's opening brief | February 6, 2015 |
| Filing of Defendant's response brief | March 10, 2015 |
| Filing of Plaintiff's reply brief | March 24, 2015 |
| Hearing before U.S. District Judge Lawrence J. O'Neill, Courtroom 4 | April 7, 2015 |

**3.     Lodging and Serving the Administrative Record**

The parties have agreed that the administrative record shall be limited to documents relevant to Plaintiff's claim that the investigation and review of his medical services applied the wrong standards in determining whether to renew his hospital privileges, and that the Air Force acted arbitrarily and capriciously in adopting the review panel's recommendation to restrict his privileges and to engage in a more comprehensive review of his record-keeping for a time.

Defendants shall lodge one copy of the electronic version of the administrative record with the Clerk of the Court, and provide one courtesy copy to Judge O'Neill's chambers.

**4.     Statement of Disputed Facts**

The parties do not set forth any contested facts at this time, but agree that the record speaks for itself and that they may have differing interpretations of the record once it is lodged.

**5.     Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to

2

efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

**6.     Effect of this Order**

This order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case.   If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate, attached exhibits, which establish good cause for granting the relief requested.**

The failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:    **December 10, 2014**              **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE