BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| ROBERT GOH, M.D., | CASE NO. 1:14-cv-00315-LJO-SKO |
|---|---|
| Plaintiff, | **STUIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE BILL OF COSTS** |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS and DEBORAH LEE JAMES, in her official capacity as SECRETARY OF THE AIR FORCE;  Defendants | |

On April 8, 2015, the Court entered judgment for Defendants. Pursuant to Local Rule 292, Defendants' bill of costs is due April 22, 2015. To resolve this matter in full, Defendants have offered to waive costs in exchange for a waiver of Plaintiff's right to appeal. Plaintiff would like an opportunity to consider this offer. In light of this potential for resolution, the parties hereby stipulate that Defendants shall have until May 11, 2015, to file their bill of costs.

Respectfully submitted,

DATED: April 22, 2015

By   /s/ Nicholas Jurkowitz (Auth. 4/21/15)
Nicholas Jurkowitz
Attorney for Plaintiff

DATED: April 22, 2015            BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Gregory T. Broderick
GREGORY T. BRODERICK
Assistant United States Attorney

**Stipulation for Extension RE Bill of Costs**                                                                                    1

## **ORDER**

The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have up to and including May 11, 2015, to file their bill of costs.

**IT IS SO ORDERED**
**Dated: April 22, 2015**

<u>/s/ Lawrence J. O'Neill</u>
**United States District Judge**